```
                                              IT IS HEREBY ADJUDGED
                                              and DECREED this is SO
                                              ORDERED.
                                              The party obtaining this order is responsible for
                                              noticing it pursuant to Local Rule 9022-1.
```

# TIFFANY & BOSCO
### P.A.

**Dated: August 27, 2009**



2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

*Randolph J. Haines*
_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-03433/0004380877

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-11632-RJH |
| Tom Frank Varnadore and Andrea Angelina Varnadore | Chapter 13 |
| Debtors. | ORDER REGARDING STIPULATION FOR REMOVAL OF BANKRUPTCY STAY |
| Central Mortgage Company | |
| Movant, | RE: Real Property Located at |
| vs. | 6113 North Tower Lane |
| Tom Frank Varnadore and Andrea Angelina Varnadore, Debtors; Edward J. Maney, Trustee. | Prescott Valley, AZ 86314 |
| Respondents. | |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated effective immediately with respect to the real property which is the subject of the Deed of Trust recorded in the records of the Yavapai County, Arizona Recorder's Office, wherein Tom Frank Varnadore and Andrea Angelina Varnadore, are designated as trustors and Central Mortgage

Company is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 5096, PRESCOTT VALLEY UNIT EIGHTEEN AMENDED, according to the plat of record in the office of the County Recorder of Yavapai County, Arizona, recorded in Book 14 of Maps, page 82.

IT IS FURTHER ORDERED that the debtors has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that any hearing scheduled in the matter are vacated.

DATED this _____ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE